UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:03CR-86-H

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.

LARRY ZIGMOND WILLIAMS                                                               DEFENDANT

**MEMORANDUM AND ORDER**

Defendant has moved to dismiss the Indictment. The Court concludes that the United States has satisfied the requirements set out in *Barker v. Wingo*, 407 U.S. 514 (1972). The four month interim between indictment and arraignment was not prejudicial under the circumstances. The United States was not responsible for the delay. The Court finds no other significant factors that warrant dismissal on speedy trial grounds. The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion to dismiss for violation of Sixth Amendment right to a speedy trial is hereby DENIED.

cc:     Counsel of Record